**Order entered May 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01468-CR

**CLARENCE RAY HINES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-71067-Y**

## ORDER

The Court has before it correspondence from court reporter Melva Key regarding the record in this appeal. Ms. Key states that she recorded the trial and has completed transcription of the record. She states that she contacted court reporter Sharon Hazlewood to get the exhibits "months ago," but that "they are nowhere to be found." Ms. Key seeks guidance on how to proceed.

We **ORDER** the trial court to make findings regarding the exhibits admitted into evidence in this case can be filed with the record. In this regard, we specifically **ORDER** the trial court to determine the following:

- Who has, or last had, possession of the exhibits.

- If the court determines that Sharon Hazlewood has possession of the exhibits, we **ORDER** that the trial court require Sharon Hazlewood to surrender the exhibits in person to the trial court for delivery to Ms. Key for inclusion in the reporter's record.

- If the court determines that the exhibits cannot be located, the trial court shall determine whether appellant is at fault for the loss or destruction of the exhibits, and whether the parties can agree on a substituted record.

We **ORDER** the trial court to transmit a record containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, court reporter; Melva Key, court reporter; the Dallas County Auditor; the Texas Court Reporter's Certification Board; and counsel for all parties.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE